# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SAN LUIS OBISPO COASTKEEPER, *et al.*,

    Plaintiffs,

    v.

SANTA MARIA VALLEY WATER CONSERVATION DISTRICT, *et al.*,

    Defendants,

    and

GOLDEN STATE WATER COMPANY, *et al.*,

    Intervenor-Defendants.

Case No. CV-19-8696-AB (JPRx)

**[PROPOSED] JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motions for Summary Judgment (Dkt. Nos. 83, 84), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment is hereby entered for Defendants.

Dated: April 28, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1